**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KRISTI N. BAGEANT-EPPERSON,

          Plaintiff,

vs.                                      Case No. 3:13-cv-969-J-34JRK

CITIGROUP, INC.,

          Defendant.
_____/

## O R D E R

This cause is before the Court on Defendant's Amended Motions for Admission <u>Pro Hac Vice</u> and Written Designations and Consents to Act (Doc. Nos. 8, 9; "Motions"), filed August 13, 2013. In the Motions, Amanda Dealy Haverstick and Bettina B. Plevan seek permission to appear <u>pro hac vice</u> on behalf of Defendant with Rutledge R. Liles, R. Kyle Gavin, and John A. Carlisle as local counsel. Motions at 1-2. Plaintiff does not oppose the relief requested. <u>Id.</u> at 3. Upon review of the Motions and the file, Ms. Haverstick and Ms. Plevan have submitted the information and fee necessary to appear <u>pro hac vice</u>. Accordingly, it is

**ORDERED:**

1.      Defendant's Amended Motions for Admission <u>Pro Hac Vice</u> and Written Designations and Consents to Act (Doc. Nos. 8, 9) are **GRANTED**.

2.	Amanda Dealy Haverstick and Bettina B. Plevan are permitted to appear <u>pro hac vice</u> in this matter on behalf of Defendant with Rutledge R. Liles, R. Kyle Gavin, and John A. Carlisle as local counsel.

**DONE AND ORDERED** at Jacksonville, Florida on August 16, 2013.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record