IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTI N. BAGEANT-EPPERSON

   Plaintiff,

vs.                Case No. 3:13-cv-00969-MMH-JRK

CITIGROUP, INC.,
a foreign profit corporation,

   Defendant.

_____

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY AND MEMORANDUM IN SUPPORT THEREOF

Defendant Citigroup, Inc. ("Citi") moves the Court, pursuant to Rule 3.01(d), for leave to file a reply to Plaintiff's Response to the Motion to Dismiss and Compel Arbitration filed by Citi. In support thereof, Citi seeks permission to file a reply brief in order to address numerous legal arguments and authorities raised for the first time in Plaintiff's Response. Plaintiff's nineteen-page brief focuses on arguments of unconscionability and the allegedly illusory nature of the contract.

By contract, Citi did not address the issue of illusory contracts at all in its initial pleading, and only briefly addressed the issue of unconscionability. Moreover, in support of her contentions, Plaintiff cites more than thirty cases not addressed or even cited by Citi. Accordingly, as a matter of simple fairness and, most importantly, to assist the Court in analyzing the contentions of both parties, Citi should be permitted to submit a brief of up to fifteen pages to respond to Plaintiff's arguments and to comment on the cases cited by Plaintiff.

## CERTIFICATE OF COMPLIANCE WITH
## LOCAL RULE 3.01(g)

The undersigned certifies that he conferred with Scott Fortune, Esq., co-counsel for Plaintiff, in connection with the aforesaid Motion for Leave to File a Reply, and represents to the Court that Mr. Fortune would not consent to the relief sought.

Dated: September 5, 2013               Respectfully submitted,

/s/ Rutledge R. Liles
Rutledge R. Liles
Florida Bar No. 102805
LILES, GAVIN & GEORGE
225 Water Street, Suite 1500
Jacksonville, Florida 32202
T: (904) 634-1100
F: (904) 634-1234
rliles@lilesgavin.com
*Trial Counsel*

and

Bettina B. Plevan (*pro hac vice*)
New York Bar No. 1357979
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
T: 212-969-3000
F: 212-969-2900
bplevan@proskauer.com
*Trial Counsel*

Amanda Dealy Haverstick (*pro hac vice*)
New Jersey Bar No. 3001052009
PROSKAUER ROSE, LLP
One Newark Center
Newark, NJ 07102-5211
T: 973-274-3252
F: 973-274-3299
ahaverstick@proskauer.com
*Trial Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2013, a copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all counsel of record.

/s/ Rutledge R. Liles
Attorney