UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTI N. BAGEANT-EPPERSON,

    Plaintiff,

vs.                                             Case No.: 3:13-cv-00969-J-34JRK

CITIGROUP, INC.,

    Defendant.

_____

**PLAINTIFF'S RESPONSE IN OPPOSITION TO**
**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY**

Plaintiff Kristi N. Bageant-Epperson ("Plaintiff") hereby responds to the Motion for Leave to File Reply of Defendant Citigroup, Inc. ("Citi") (Doc. 15), which the Court should deny. The Local Rules of the United States District Court for the Middle District of Florida specify: "No party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave." M.D.Fla.R. 3.01(c). When "the Court is capable of determining the status of the law in the face of conflicting memoranda submitted by the parties," leave to reply should not be granted; "it would be unfair for Defendant to get a 'second bite at the apple' by considering [a] second brief on the issue." *See Shaw v. R.J. Reynolds Tobacco*

*Co.*, 818 F. Supp. 1539, 1541 (M.D. Fla. 1993), *aff'd,* 15 F.3d 1097 (11th Cir. 1994).

By requesting leave to submit a fifteen-page reply, Citi essentially asks—without sufficient justification—for a second round of briefing. Citi's original twenty-one page motion addressed at length whether its arbitration policy formed a binding contract and whether Citi's unilateral ability to revoke the policy rendered it unconscionable. In rebutting Citi's arguments, Plaintiff's response did not rely on new precedent. In fact, Plaintiff cited only one case decided after Citi filed its motion, and that decision was cited along with others by this Court merely for the proposition that a stay, rather than dismissal, is appropriate when there are arbitrable claims. *See Ownings v. T-Mobile USA, Inc.*, No. 3:12-CV-1385-J-12-TEM, 2013 WL 4401824 (M.D. Fla. Aug. 15, 2013) (Howard, J.). That Citi did not cite cases adverse to its position in its first filing does not justify an exception to the Rules.

The Local Rule promotes judicial efficiency. Exceptions that would unnecessarily slow the process and inflate litigation costs should not be granted. A reply grows the burden on both parties because fairness would support granting Plaintiff leave to file a surreply if the Court were to allow Citi a reply. Citi has failed to offer a compelling reason that justifies a second round of briefing. The Court should uphold the Rule of this District and deny Citi's Motion.

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By: <u>s/ Michael E. Lockamy</u>
John A. DeVault, III
Florida Bar No. 103979
E-Mail:  JAD@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
E-Mail:  MEL@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida  32202
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307

Trial Co-Counsel for Plaintiff

FORTUNE LAW OFFICES
Professional Association
Scott Thomas Fortune
Florida Bar No. 342815
1807 3rd Street North
Jacksonville Beach, Florida 32250
Telephone:  (904) 246-2125
Facsimile:  (904) 246-1551
E-Mail:       SFortune@FortuneLegal.com
              SClark@FortuneLegal.com
              Legal@FortuneLegal.com

Trial Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 6th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                   s/ Michael E. Lockamy
                                                                           Attorney