**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KRISTI N. BAGEANT-EPPERSON,

        Plaintiff,

vs.                                      Case No.  3:13-cv-969-J-34JRK

CITIGROUP, INC.,

        Defendant.
_____/

## ORDER OF REFERRAL

In accordance with 28 U.S.C. § 636(b) and Local Rule 6.01(b), Defendant's Motion to Dismiss and Compel Arbitration (Dkt. No. 3; Motion) is hereby **REFERRED** to the Honorable James R. Klindt, United States Magistrate Judge, for a report and recommendation regarding an appropriate resolution of the Motion.  The undersigned requests that a Report and Recommendation be entered no later than **November 22, 2013**.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of September, 2013.

                                                  MARCIA MORALES HOWARD
                                                  United States District Judge

ja

Copies to:

Hon. James R. Klindt
Counsel of Record