**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KRISTI N. BAGEANT-EPPERSON,

                Plaintiff,

vs.                                Case No.  3:13-cv-969-J-34JRK

CITIGROUP, INC.,

                Defendant.
_____/

## O R D E R

This cause is before the Court on Defendant's Motion for Leave to File Reply and Memorandum in Support Thereof (Doc. No. 15; "Motion"), filed September 5, 2013, to which Plaintiff responded in opposition on September 6, 2013, <u>see</u> Plaintiff's Response in Opposition to Defendant's Motion for Leave to File Reply  (Doc. No. 16; "Response").  Upon review of the Motion and the Response, the Court has decided to allow a brief reply.  After reviewing the reply, if Plaintiff desires to file a brief sur-reply, Plaintiff is permitted to do so.

After due consideration, it is

**ORDERED**:

1.      Defendant's Motion for Leave to File Reply and Memorandum in Support Thereof (Doc. No. 15) is **GRANTED to the extent** that Defendant shall file a reply, **not to exceed ten (10) pages**, no later than **September 18, 2013**.

2.       If Plaintiff wishes to do so, she may file a sur-reply, **not to exceed ten (10) pages**, no later than **September 25, 2013**.

**DONE AND ORDERED** at Jacksonville, Florida on September 12, 2013.


*James R. Klindt*

**JAMES R. KLINDT**
United States Magistrate Judge

jlk
Copies to:
Counsel of Record