IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

------------------------------------- X
KRISTI N. BAGEANT-EPPERSON,          :
                                      :
            Plaintiff,                :
                                      :   **Civil Action No.**
     vs.                              :   **3:13-cv-00969-MMH-JPK**
                                      :
CITIGROUP, INC.,                      :
                                      :
            Defendant.                :
                                      :
------------------------------------- X

### REPLY DECLARATION OF NANCY HOOVER UBAL

NANCY HOOVER UBAL declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this declaration to supplement my declaration of August 8, 2013.

2. In September 2001, Citi distributed a memorandum ("2001 Memorandum") notifying all U.S. Consumer Group employees that Citi was implementing a new Dispute Resolution Policy ("DRP") and Employment Arbitration Policy ("Arbitration Policy"), which were attached to the 2001 Memorandum along with an Acknowledgement form requiring a hand signature to be returned to the employee's manager. Annexed hereto as Exhibit A is a true and correct copy of the 2001 Memorandum.

3. On October 12, 2001, Bageant-Epperson executed by hand-signature the Acknowledgement of her receipt of Citi's 2001 U.S. Consumer Group DRP and Arbitration Policy. Attached hereto as Exhibit B is a true and correct copy of Bageant-Epperson's 2001 executed Acknowledgement form.

4. Citi reissues its Handbook periodically. After the 2001 Memorandum, the Handbooks for the Consumer group businesses (including its Cards division) each have incorporated Citi's DRP and Arbitration Policy. This was true for the Handbooks released in 2004 and 2006 which were applicable to Bageant-Epperson's role. Also contained within those 2004 and 2006 Handbooks is a "Receipt Form" that had to be removed from the Handbook, hand-signed by the employee, and returned to Human Resources.

5. On May 10, 2004, Bageant-Epperson executed by hand the Receipt Form for the 2004 Handbook, affirming that she had received and read it and would comply with all its Policies and Procedures, including the accompanying Arbitration Policy requiring arbitration of employment-related disputes. Annexed hereto as Exhibit C are true and correct copies of Bageant-Epperson's 2004 Receipt Form dated May 10, 2004 and related documents.

6. On February 14, 2006, Bageant-Epperson executed by hand the Receipt Form for the 2006 Handbook, affirming that she had received and it and would comply with all its Policies and Procedures, including the accompanying Arbitration Policy requiring arbitration of employment-related disputes. Annexed hereto as Exhibit D are true and correct copies of Bageant-Epperson's 2006 executed Receipt Form and related documents.

Executed on the /6 day of September, 2013.

*/s/ Nancy Hoover Ubal*
NANCY HOOVER UBAL

2