# EXHIBIT A

Date:   September 1, 2001

To:     U. S. Consumer Group Employees

From:   Jim Duffy, Senior Human Resources Officer

Re:     ***Dispute Resolution Policy and Employment Arbitration Policy***

---

Effective immediately, the U. S. Consumer Group (except Citifinancial, Primerica Financial Services and Travelers Insurance, including Travelers Property Casualty and Travelers Life and Annuity[1]) is implementing a new Dispute Resolution Policy and Employment Arbitration Policy. The full Dispute Resolution Policy ("DRP") and Employment Arbitration Policy ("Arbitration Policy") are attached to this memorandum. ***You are urged to read each of these in its entirety.***

As you will see, the DRP provides you with an impartial process to request resolution of any employment-related concern. First, you are encouraged to informally discuss any concerns you may have with your manager. It is our expectation that all employees will be candid about any employment concerns and raise them promptly with their manager or Human Resources representative. If this informal discussion is not successful, you can use the DRP. Except as to employees of Citifinancial, Primerica, Travelers Insurance, including Travelers Property Casualty and Travelers Life and Annuity, ***the DRP replaces and supercedes any other dispute resolution procedure, including any problem review process.***

In the unusual situation when the DRP does not fully resolve an employment-related dispute, you must request external binding arbitration in accordance with the Arbitration Policy if you wish to pursue the matter further.

Pursuant to the Arbitration Policy, you and the Company agree to make arbitration the required and exclusive forum for resolution of all employment-related disputes that are based on legally protected rights. Arbitration is an essential element of your employment relationship and a condition of employment. Please read the entire Arbitration Policy for full details about the types of claims that may be brought in arbitration and the entire process. ***Your continued employment will constitute acceptance of the Arbitration Policy.***

We believe that the DRP and Arbitration Policy are mutually advantageous for all employees and the Company and allows your employment concerns to be addressed through a full range of procedures.

These policies are effective as of the date of this memorandum. If you have any questions, please contact your Human Resources representative.

Please complete the attached Acknowledgment of Receipt form and return it to your manager by September 28, 2001. Please retain a copy for your file.

Attachments

---

[1]   Employees of Citifinancial, Primerica Financial Services and Travelers Insurance, including Travelers Property Casualty and Travelers Life and Annuity, have their own dispute resolution procedures and employment arbitration policies, which will continue to be applicable to employees in those businesses.

U. S. Consumer Group
*Dispute Resolution Policy and Employment Arbitration Policy*
Page 2

## Acknowledgment

I have received the U.S. Consumer Group Dispute Resolution and Employment Arbitration Policies.

Signature  _____     Date  _____

Name (please print)  _____

Department  _____

Business  _____

## U. S. Consumer Group - Dispute Resolution Policy and Procedure[1]

## Introduction

Citigroup recognizes that misunderstandings or conflicts can arise in the course of daily business relationships. While an employee and manager generally are able to resolve most job-related issues, there are times when an employee may want to have an employment-related action reviewed.

The Dispute Resolution Procedure (DRP), available to U. S. Consumer Group employees, provides an impartial process for employees to request resolution of any employment-related concern. Further, it ensures that those problems and issues are reviewed and handled promptly. The DRP process is arranged in a logical sequence, and an employee must complete each level in order before proceeding to the next. The process ends whenever the employee initiating the review accepts a decision. Decisions concerning termination, promotion, and disciplinary action are the typical types of issues raised.

While employees may utilize the DRP for reporting alleged incidents of workplace discrimination, including sexual harassment, employees may also report any incident directly to a manager or a Human Resources representative. An employee is not required to report a complaint to anyone who is the object of it, and may go directly to Human Resources. Claims of discrimination or harassment will be investigated immediately and retaliation against employees for raising claims of discrimination or harassment is expressly prohibited.

## Process

**Step 1.** Employees are encouraged to first discuss informally any concerns they have with their immediate manager prior to initiating a formal review. However, if this discussion is not successful from the employee's point of view, the issue should be submitted in writing on the DRP Request Form to their manager with a copy to their Human Resources Representative. Employees should initiate the DRP process within 30 days of the incident. The manager has twenty (20) working days to investigate the claim and respond to the employee. At the conclusion of the discussion relating to the dispute, it is understood that the employee has raised all of his or her concerns relating to the dispute.

**Step 2.** If the employee is not satisfied with the response in Step 1, he/she may submit an appeal on the DRP Request Form to the next level manager within ten (10) working days of receiving an answer from Step 1, with a copy to the Human Resources Manager  for the unit. A written response is given to the employee within twenty (20) working days after the discussion.

**Step 3.** If the employee is not satisfied with the response in Step 2, he/she may submit an appeal on the DRP Request Form to the next level manager within ten (10) working days of receiving

---

[1]    Employees of Citifinancial, Primerica Financial Services and Travelers Insurance, including Travelers Property Casualty and Travelers Life and Annuity have their own dispute resolution procedures, which will continue to be applicable to employees in those businesses.

an answer from Step 2, with a copy to the head of Human Resources for the U. S. Consumer Group.

The third step is the final level appeal in the internal Dispute Resolution Procedure. At the conclusion of this step, the employee will receive a written response within twenty (20) working days.

At times it may be impractical to arrange meetings within the specified time limits of this procedure. In these circumstances, the Head of Human Resources for the group may make modifications to the procedure as necessary.

If the dispute is still not resolved after Step 3, the employee is entitled to request arbitration in accordance with the U. S. Consumer Group Employment Arbitration Policy if the dispute is based on legally protected rights (i.e. statutory, contractual or common law rights). Arbitration is an external process conducted under the auspices of the American Arbitration Association, and is generally less formal, less costly, and less time consuming than litigating a claim in a court of law. Disputes which are not covered by the U.S. Consumer Group Employment Arbitration Policy are any claims regarding workers' compensation, or unemployment compensation benefits.

## Important Information

The appeal of a termination will automatically begin at Step 2 of the process. Employees should initiate the appeal within 30 days of the termination.

Retaliation against employees for availing themselves of the DRP is expressly prohibited.

No disciplinary action or other management decision will be postponed as a result of the presentation of a dispute by an employee.

Policy changes and any issue arising under any plan subject to ERISA will not be reviewed through the DRP.

**This policy supercedes all prior dispute resolution procedures (including the Citibank Problem Review Procedure) applicable to employees in the U. S. Consumer Group except, as provided above, employees of Citifinancial, Primerica Financial Services and Travelers Insurance (including Travelers Property Casualty and Travelers Life and Annuity).**

**The Dispute Resolution Procedure does not constitute a waiver by the Company of its rights under the "employment-at-will" doctrine; nor does it afford employees or former employees any rights or remedies that individuals do not otherwise have under applicable law.**

**FOR FURTHER INFORMATION AND DRP FORMS, PLEASE CONTACT YOUR HUMAN RESOURCES REPRESENTATIVE.**

# U.S. CONSUMER GROUP EMPLOYMENT ARBITRATION POLICY

**STATEMENT OF INTENT**

U.S. Consumer Group values each of its employees and looks forward to good relations with, and among, all of its employees. Occasionally, however, disagreements may arise between an individual employee and U.S. Consumer Group, or between employees in a context that involves U.S. Consumer Group. U.S. Consumer Group believes that the resolution of such disagreements will be best accomplished by internal dispute resolution and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association. For these reasons, U.S. Consumer Group has adopted this Employment Arbitration Policy ("Policy"). Except as provided below, the Policy applies to all persons employed by U.S. Consumer Group as of September 1, 2001 and all employees joining U.S. Consumer Group after that date. [1]

This Policy does not constitute a guarantee that your employment will continue for any specified period of time or end only under certain conditions. Employment with U.S. Consumer Group is a voluntary relationship for no definite period of time and nothing in this Policy or any other company document constitutes an express or implied contract of employment for any definite period of time. This Policy does not constitute, nor should it be construed to constitute, a waiver by U.S. Consumer Group of its rights under the "employment-at-will" doctrine; nor does it afford an employee or former employee any rights or remedies not otherwise available under applicable law.

**SCOPE OF THE POLICY**

The Policy makes arbitration the required and exclusive forum for the resolution of all employment disputes based on legally protected rights (i.e., statutory, contractual or common law rights) that may arise between an employee or former employee and U.S. Consumer Group or its current and former parents, subsidiaries and affiliates and its and their current and former officers, directors, employees, and agents (and that are not resolved by the internal dispute resolution procedure), including without limitation claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Acts of 1866 and 1991, the Age Discrimination in Employment Act of 1967, the Older Worker Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, and all amendments thereto, and any other federal, state or local statute, regulation or common law doctrine regarding employment discrimination, conditions of employment or termination of employment.

---

[1]   Employees of Citifinancial, Primerica Financial Services and Travelers Insurance, including Travelers Property Casualty and Travelers Life and Annuity, have their own employment arbitration policies which will continue to be applicable to employees in those businesses

The only disputes not covered by the Policy are claims that an employee or former employee may have regarding workers' compensation or unemployment compensation benefits.  Nothing in this Policy shall prevent either party from seeking from any court of competent jurisdiction injunctive relief in aid of arbitration.  The Policy does not exclude the National Labor Relations Board from jurisdiction over disputes covered by the National Labor Relations Act. Similarly, this Policy does not exclude the jurisdiction of the Equal Employment Opportunity Commission (the "EEOC") and/or state and local human rights agencies to investigate alleged violations of the laws enforced by the EEOC and/or these agencies.

This Policy does not require that U.S. Consumer Group institute arbitration, nor is it required to follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination.[2]  However, if an employee disagrees with any such disciplinary action and believes that such action violated his or her legally protected rights, he or she may institute proceedings in accordance with the Policy.  The results of the arbitration process are final and binding on the employee and U.S. Consumer Group.

Certain employees or former employees are subject to the arbitration requirements of the National Association of Securities Dealers, Inc. ("NASD") or the New York Stock Exchange, Inc. ("NYSE"). This Policy applies to any such person only to the extent that (i) U.S. Consumer Group waives its right to compel arbitration of such person's claim(s) to NASD or NYSE arbitration, (ii) such person's claim(s) are not eligible for submission to NASD or NYSE arbitration, or (iii) the NASD or NYSE declines to accept such person's claim(s) for arbitration.

**ARBITRATION RULES AND PROCEDURES**

The following rules and procedures are based on, and largely incorporate, the Employment Dispute Resolution Rules (the "Rules") of the American Arbitration Association (the "AAA"). U.S. Consumer Group has modified and expanded these rules and procedures in certain respects. In particular provisions regarding fees and costs have been modified to provide that many of the costs typically shared by the parties will be borne by the U.S. Consumer Group.  In addition, provisions permitting limited discovery have been added to insure equal access to relevant information.

**1.      Initiation of Arbitration Proceeding**

To initiate arbitration you must send a written demand for arbitration to the Senior Human Resources Officer for the U.S. Consumer Group.  The demand must be received by the Senior Human Resources Officer for the U.S. Consumer Group within the time period provided by the statute of limitations applicable to the claim(s) set forth in the demand.

---

[2]     Nothing in this provision shall be construed to negate the mutuality of this agreement to arbitrate, and U.S. Consumer Group explicitly agrees to arbitrate, pursuant to this Policy, any disputed disciplinary action after it has been taken.

The demand shall set forth a statement of the nature of the dispute, including the alleged act or omission at issue; the names of all persons involved in the dispute; the amount in controversy, if any; and the remedy sought. Within thirty (30) calendar days of receiving such demand, or as soon as possible thereafter, the U.S. Consumer Group shall file the demand with the appropriate office of the AAA.

## 2.   Appointment of Neutral Arbitrator

The AAA shall appoint one neutral, arbitrator from its Employment Dispute Resolution Roster unless both parties request that a panel of three (3) arbitrators be appointed. If the parties cannot agree upon the number of arbitrators, the AAA shall have the authority to determine the number of arbitrators. In the event a panel of arbitrators is appointed, all decisions of the panel must be by a majority and the use of the word "arbitrator" shall refer to the panel. It is the intent of U.S. Consumer Group that the prospective arbitrators be diverse, experienced, knowledgeable with respect to employment related claims, neutral, and duly qualified to serve as an arbitrator under the AAA's Rules.

The arbitrator shall be appointed in the following manner:

(a)   immediately after the filing of the demand, the AAA shall submit to each party an identical list of proposed arbitrators;

(b)   each party shall then have ten (10) business days from the mailing date of the list to cross off any two (2) names to which the party objects, number the remaining names in order of preference and return the list to the AAA;

(c)   if a party does not return the list within the time specified, all persons on the list shall be deemed acceptable to that party; and

(d)   the AAA shall invite the acceptance of the arbitrators remaining on the list in the order of preference specified by the parties to the extent the order can be reconciled by the AAA.

In the event the parties fail to agree on any of the persons named, or if an acceptable arbitrator is unwilling to act, the AAA shall issue additional lists.

## 3.   Qualifications of Neutral Arbitrator

No person shall serve as a neutral arbitrator in any matter in which that person has any financial or personal interest in the result of the proceeding. Prior to accepting appointment the prospective arbitrator shall disclose any circumstance likely to prevent a prompt hearing or to create a presumption of bias. Upon receipt of such information, the AAA will either replace that person or communicate the information to the parties for comment. Thereafter, the AAA may disqualify that person and its decision shall be conclusive. Vacancies shall be filled in accordance with Paragraph 2 above.

4.    **Vacancies**

The AAA is authorized to substitute another arbitrator if a vacancy occurs or if an appointed arbitrator is unable to serve promptly.

5.    **Proceedings**

The hearing shall be conducted by the arbitrator in whatever manner will most expeditiously permit full presentation of evidence and arguments of the parties.  The arbitrator shall set the date, time and place of the hearing, notice of which must be given to the parties by the AAA at least thirty (30) calendar days in advance unless the parties agree otherwise.  In the event the hearing cannot reasonably be completed in one day, the arbitrator will schedule the hearing to be continued on a mutually convenient date.

6.    **Representation**

Any party may be represented by an attorney or other representative (excluding any company supervisory employee) or by him or herself.  For an employee or former employee without representation, the AAA will, upon request, provide reference to institutions which might offer assistance.

7.    **Confidentiality of and Attendance at Hearing**

The arbitrator shall maintain the confidentiality of the hearings unless the law provides to the contrary.  The arbitrator shall have the authority to exclude witnesses, other than a party, from the hearing during the testimony of any other witness.  The arbitrator shall also have the authority to decide whether any person who is not a witness may attend the hearing.

8.    **Postponement**

The arbitrator for good cause shown may postpone any hearing upon the request of a party or upon the arbitrator's own initiative, and shall also grant such postponement when all of the parties agree thereto.

9.    **Oaths**

Before proceeding with the first hearing, each arbitrator may take an oath of office and, if required by law, shall do so.  The arbitrator may require witness to testify under oath administered by any duly qualified person and, if it is required by law or requested by any party, shall do so.

10. **Stenographic Record**

There shall be no stenographic record of these proceedings unless either party requests it. In the event a party requests a stenographic record, that party shall bear the cost of such a record. If both parties request a stenographic record, the cost shall be borne equally by the parties.

11. **Arbitration in the Absence of a Party**

Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice fails to be present or fails to obtain a postponement. An award shall not be made solely on the default of a party. The arbitrator shall require the party who is present to submit such evidence as the arbitrator may require for the making of the award.

12. **Discovery**

Each party shall be entitled to propound and serve upon the other party one set of interrogatories (limited to the identification of potential witnesses) and one set of requests for the production of documents in a form consistent with the Federal Rules of Civil Procedure. Upon the request of a party, the arbitrator may order further discovery consistent with the Rules of the AAA and the expedited nature of arbitration.

13. **Pre-Hearing Motions**

The arbitrator shall be authorized to consider and rule upon pre-hearing motions, including dispositive motions.

14. **Evidence**

The arbitrator shall be the judge of the relevance and materiality of the evidence offered and conformity to legal rules of evidence shall not be necessary.

15. **Evidence by Affidavit and Filing of Documents**

The arbitrator may receive and consider the evidence of witnesses by affidavit, but shall give it only such weight as the arbitrator deems it entitled to after consideration of any objection made to its admission. All documents to be considered by the arbitrator shall be filed at the hearing.

16. **Closing of Hearing**

The arbitrator shall ask whether the parties have any further proof to offer or witnesses to be heard. Upon receiving negative replies, or if satisfied that the record is complete, the arbitrator shall declare the hearing closed and the minutes thereof shall be recorded.

17.   **Reopening of Hearing**

The hearing may be reopened on the arbitrator's initiative or upon application of a party, at any time before the award is made.  The arbitrator may reopen the hearing and shall have fourteen (14) days from the closing of the reopened hearing within which to make an award.

18.   **Waiver of Procedures**

Any party who proceeds with the arbitration after knowledge that any provision or requirement of these procedures has not been complied with, and who fails to state objections thereto in writing, shall be deemed to have waived the right to object.

19.   **Time of Award**

The award shall be made promptly by the arbitrator unless otherwise agreed by the parties or specified by law.  The arbitrator shall be instructed to make the award within thirty (30) days of the close of the hearing or as soon as possible thereafter.

20.   **Award**

   (a)   Form. The award shall be in writing and shall be signed by the arbitrator.  If either party requests, the arbitrator shall issue an opinion in writing, which shall set forth in summary form the reasons for the arbitrator's determination.  All awards shall be executed in the manner required by law.  The award shall be final and binding upon the employee and U.S. Consumer Group, and judicial review shall be limited as provided by law.

   (b)   Scope of Relief. The arbitrator shall be governed by applicable federal, state and/or local law.   Furthermore, the arbitrator shall be bound by applicable company policies and procedures and shall not have the authority to alter or otherwise modify the parties at will relationship or substitute his or her judgment for the lawful business judgment of company management.  The arbitrator shall have the authority to award compensatory damages and injunctive relief to the extent permitted by applicable law.  The arbitrator shall not have the authority to award punitive or exemplary damages or attorneys' fees except where expressly provided by applicable statute (e.g., punitive damages under the Civil Rights Act of 1991).  The arbitrator shall not have the authority to make any award that is arbitrary and capricious or to award to U.S. Consumer Group the costs of the arbitration that it is otherwise required to bear under this policy.

21.   **Delivery of Award to Parties**

The parties shall accept as legal delivery of the award the placing of the award or a true copy thereof in the mail addressed to a party or its representative at the last known address via certified

mail, return receipt, personal service of the award, or the filing of the award in any manner that is permitted by law.

**22.**  **Enforcement**

The award of the arbitrator may be enforced under the terms of the Federal Arbitration Act (Title 9 U.S.C.) and/or under the law of any state to the maximum extent possible. If a court determines that the award is not completely enforceable, it shall be enforced and binding on both parties to the maximum extent permitted by law. If any part of this procedure is held to be void or unenforceable, the remainder of the procedure will be enforceable and any part may be severed from the remainder as appropriate.

**23.**  **Judicial Proceedings and Exclusion of Liability**

    (a)    Neither the AAA nor any arbitrator in a proceeding under these procedures is a necessary party in judicial proceedings relating to the arbitration.

    (b)    Parties to these procedures shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof.

**24.**  **Expenses and Fees**

Unless otherwise precluded by applicable law, expenses and fees shall be allocated as follows:

    (a)    <u>Filing Fees</u>.  U.S. Consumer Group shall pay any filing fee required by the AAA.

    (b)    <u>Hearing Fees and Arbitrator Fees</u>.  U.S. Consumer Group shall pay the hearing fee and arbitrator fee for the hearing.

    (c)    <u>Postponement/Cancellation Fees</u>.  Postponement and cancellation fees shall be payable, at the discretion of the arbitrator, by the party causing the postponement or cancellation.

    (d)    <u>Other Expenses</u>.  The expenses of witnesses shall be paid by the party requiring the presence of such witnesses. All other ordinary and reasonable expenses of the arbitration. including hearing room expenses, travel expenses of the arbitrator, AAA representatives, and any witness produced at the arbitrator's direction, shall be paid completely by U.S. Consumer Group.

    (e)    <u>Legal Fees and Expenses</u>.  Each side shall pay its own legal fees and expenses subject to Paragraph 20(b) above.

The allocation of expenses as provided for in items (a) through (d) may not be disturbed by the arbitrator except where the arbitrator determines that a party's claims were frivolous or were asserted in bad faith.

### 25.    Serving of Notice

Any parties, notices or process necessary or proper for the initiation or continuation of an arbitration under these procedures; for any court action in connection therewith; or for the entry of judgment on an award made under these procedures may be served on a party by mail addressed to the party or its representative at the last known address or by personal service, in or outside the state where the arbitration is to be held, provided that reasonable opportunity to be heard with regard thereto has been granted to the party.  The AAA and the parties may also use facsimile transmission, telex, telegram, or other written forms of electronic communication to give the notices required by these procedures, provided that such notice is confirmed by the telephone or subsequent mailing to all affected parties.

### 26.    Time Period for Arbitration

Any proceeding under this procedure must be brought within the time period provided for within the statute(s) of limitations applicable to the claims asserted by the claimant.

### 27.    Amendment or Termination of Arbitration Policy

U.S. Consumer Group reserves the right to revise, amend, modify or discontinue the Policy at any time in its sole discretion.  Such amendments may be made by publishing them in the Employee Handbook or by separate release to employees and shall be effective 30 calendar days after such amendments are provided to employees.  Your continuation of employment after receiving such amendments shall be deemed acceptance of the amended terms.

### 28.    Interpretation and Application of Procedure

The arbitrator shall interpret and apply these procedures insofar as they relate to the arbitrator's powers and duties.  All other procedures shall be interpreted and applied by the AAA.