# EXHIBIT B



## Acknowledgment

I have received the U.S. Consumer Group Dispute Resolution and Employment Arbitration Policies.

Signature _Kristi N. Bageant-Epperson_    Date _10/12/01_

Name (please print) _Kristi N. Bageant-Epperson_

Department _Customer Service_

Business _Operations & Technology - Cards_

*Confidential – Not for Distribution*