# EXHIBIT C

# CITI CARDS 2004 EMPLOYEE HANDBOOK
# RECEIPT FORM

Complete this form and return it to Human Resources within 30 days of receipt. Failure to do so won't affect the applicability of the *Handbook* or any of its provisions to you.

I have received the Company's *Handbook* and, in consideration of my continued at-will employment by the Company, I will comply with it and all of the Policies and Procedures of the Company. I have read this *Handbook* carefully, and I understand that I should contact my manager or Human Resources representative with any questions.

With the exception of the Employment Arbitration Policy, I understand that nothing contained in this *Handbook*, nor the *Handbook* itself, is considered a contract of employment or constitutes a guarantee that my employment will continue for any specified period of time and that my employment with the Company is at will, which means it can be terminated by me or the Company at any time, with or without notice, for no reason or any reason not otherwise prohibited by law.

I understand that this *Handbook* contains a policy that requires me to submit employment-related disputes to binding arbitration (see page 33). I have read that policy carefully. I also understand that no provision in this *Handbook* or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of the Company's right to compel arbitration of employment-related disputes.

Signed ___Kristi Bageant-Epperson___ Date ___5/10/04___

Name (please print) ___Kristi Bageant-Epperson___ GEID ___0000268631___

Department ___Operations & Technology___



# CITI CARDS

DINERS CLUB NORTH AMERICA

U.S. CONSUMER GROUP

**WORKING TOGETHER:
OUR POLICIES, GUIDELINES,
AND EXPECTATIONS**



# INTRODUCTION

This *Employee Handbook* ("Handbook") is your basic source of Human Resources information. It describes the key personnel policies, procedures, and guidelines for the domestic employees in your Citigroup U.S. Consumer Group business (the "Company").

We expect you to read this *Handbook* carefully as it's a valuable reference for understanding your responsibilities and the Company's policies. We suggest you keep it at your desk for easy reference. Its purpose is to familiarize you with what the Company expects from you and how you can be most successful in working for the Company.

It's difficult to anticipate the almost infinite number of situations that can arise during the employment relationship, and this *Handbook* isn't meant to cover every specific instance or operating procedure of your department. However, additional operating procedures may be provided by your manager.

To respond to the changing needs of our employees and the Company, the Company reserves the right at any time to create, amend, supplement, modify, or rescind, in whole or in part, any policy, procedure, benefit, or provision of this *Handbook*, or the *Handbook* itself, as it deems appropriate, with or without notice. In the event of any conflict between the description of employee benefits in this *Handbook*, the Summary Plan Descriptions, or the plan documents, the respective formal plan documents shall govern.

Except for the Employment Arbitration Policy, nothing contained in this *Handbook* (or the *Handbook* itself) should be considered a contract of employment or constitute a guarantee that your employment will continue for any specified period of time. Bear in mind that your employment with the Company is at will, which means it can be terminated by you or the Company at any time, with or without notice, for no reason or for any reason not otherwise prohibited by law.

This *Handbook* supersedes any employee handbooks or Human Resources policies that may have applied to you as an employee of the Company that are inconsistent with and prior to this *Handbook's* distribution. Where *state law is more generous than the provisions in this* Handbook, *state law applies.*

Because our policies and benefits are constantly under review, you may receive occasional updates on the information in the *Handbook*. It's your responsibility to keep yourself up to date.

If you have any questions about the interpretation or application of any information in this *Handbook*, or if you have a question not answered here, see your manager, Human Resources representative, or Employee Relations.

*Important: This* Handbook *contains a policy that requires you to submit employment-related disputes to binding arbitration (see page 33). Please read that policy carefully. No provision in this Handbook or elsewhere is intended to constitute a waiver, or be construed to constitute a waiver, of the Company's right to compel arbitration of employment-related disputes.*

# CITI CARDS 2004 EMPLOYEE HANDBOOK
# RECEIPT FORM

Complete this form and return it to Human Resources within 30 days of receipt. Failure to do so won't affect the applicability of the *Handbook* or any of its provisions to you.

I have received the Company's *Handbook* and, in consideration of my continued at-will employment by the Company, I will comply with it and all of the Policies and Procedures of the Company. I have read this *Handbook* carefully, and I understand that I should contact my manager or Human Resources representative with any questions.

With the exception of the Employment Arbitration Policy, I understand that nothing contained in this *Handbook*, nor the *Handbook* itself, is considered a contract of employment or constitutes a guarantee that my employment will continue for any specified period of time and that my employment with the Company is at will, which means it can be terminated by me or the Company at any time, with or without notice, for no reason or any reason not otherwise prohibited by law.

I understand that this *Handbook* contains a policy that requires me to submit employment-related disputes to binding arbitration (see page 33). I have read that policy carefully. I also understand that no provision in this *Handbook* or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of the Company's right to compel arbitration of employment-related disputes.

Signed _____ Date_____

Name (please print) _____ GEID _____

Department _____



# CONTENTS

TERMS AND CLASSIFICATIONS ........................ 4

WELCOME .................................................................. 5
About Citigroup ........................................................... 5
How you can contribute to our success ...................... 5
Our commitment ......................................................... 5
Employment at will ..................................................... 6
Code of Conduct and Principles of Employment ...... 6
Getting your concerns addressed ................................ 7
Hotline ........................................................................ 7

OUR WORK ENVIRONMENT ............................... 8
Diversity/affirmative action ........................................ 8
Equal Employment Opportunity ................................. 8
Discrimination/harassment ......................................... 8
Sexual harassment ...................................................... 8
Other forms of harassment ......................................... 9
Accommodations in the work environment ............... 9

COMPENSATION, PAY, AND
CAREER DEVELOPMENT POLICIES ................ 10
Work hours ................................................................ 10
When you get paid .................................................... 10
Overtime pay ............................................................ 10
Shift premium ........................................................... 10
Recording work hours ............................................... 10
Compensation ........................................................... 10
Merit increases ......................................................... 10
Variable compensation ............................................. 11
Career development ................................................. 11
Performance appraisal .............................................. 11
Internal transfer ........................................................ 11

BENEFITS ................................................................. 12
Health and welfare benefits ...................................... 12
Other benefits ........................................................... 13
Changes in benefits coverage ................................... 15
Changes in beneficiary designations ........................ 15

TIME-OFF POLICIES ............................................. 16
Holidays .................................................................... 16
Planned time off ........................................................ 16
Unplanned time off ................................................... 17
Mandatory absence policy ........................................ 17
Short- and Long-Term Disability ............................. 17
Family and Medical Leave Policy ............................ 18
Other leaves .............................................................. 18

PERFORMANCE MANAGEMENT
POLICIES ................................................................. 21
Personal Code of Conduct ........................................ 21
Absence and lateness ................................................ 21
Performance Management process .......................... 22

EMPLOYMENT PRACTICES .............................. 23
Workplace safety/violence in the workplace ........... 23
Employee responsibilities ........................................ 23
Personal property ..................................................... 23
Solicitation/distribution ........................................... 23
Telephone and electronic communications policy .. 23
Tape recording .......................................................... 25
Criminal record checks ............................................ 25
Pre-employment and random drug testing
and health evaluations .............................................. 25
Substance abuse ....................................................... 25
Corporate credit cards .............................................. 25
Personnel files .......................................................... 26
Employment of relatives .......................................... 26
Consensual relationships ......................................... 26
Dress and appearance ............................................... 26
Smoke-free workplace ............................................. 26

IF YOU LEAVE THE COMPANY ........................ 27
Voluntary resignations .............................................. 27
Retirement ................................................................. 27
Work force reductions .............................................. 27
References/referrals .................................................. 28

PRINCIPLES OF EMPLOYMENT ....................... 29

DISPUTE RESOLUTION POLICY
AND PROCEDURES .............................................. 31

EMPLOYMENT ARBITRATION POLICY ........... 33

FAMILY AND MEDICAL LEAVE POLICY .......... 39

SEPARATION PAY PLAN ....................................... 44

PAID MILITARY LEAVE OF
ABSENCE POLICY ................................................ 49

## EMPLOYMENT AT WILL

We believe that the employment relationship will be one of mutual satisfaction and benefit to you and the Company. However, other than the Employment Arbitration Policy, nothing contained in this *Handbook* (or the *Handbook* itself) should be considered a contract of employment or constitute a guarantee that your employment will continue for any specified period of time.

Notwithstanding any statements in this *Handbook* or elsewhere, employment at the Company is always at will, which affords you and/or the Company the right to terminate the employment relationship at any time, with or without cause, for no reason or any reason not otherwise prohibited by law.

Since you're hired at will, the Company is free to change your working conditions according to business needs and in its discretion. Except where expressly authorized, no manager or other employee has the authority to make a commitment of guaranteed or continued employment to you, and no Company publication should be understood to make such a commitment.

Additionally, the terms and conditions of employment — including compensation, benefits, and privileges — can be changed or terminated without any reason and without notice at the Company's discretion.

## CODE OF CONDUCT AND PRINCIPLES OF EMPLOYMENT

The Citigroup *Code of Conduct* (formerly the *Statement of Business Practices*) and the "Principles of Employment" are guidelines that help further explain the policies and procedures that you agree to be bound by as an employee of the Company.

The Citigroup *Code of Conduct* outlines the principles, policies, and laws that govern the activities of the Company and to which our employees and others who work with, or represent us directly or indirectly, must adhere.

The *Code of Conduct* is distributed to all Citigroup employees and offers guidance for professional conduct. All employees are expected to read and follow the *Code of Conduct*. If you haven't received a copy, contact your Human Resources representative or obtain a copy at http://www.citigroup.net/human_resources/pdf/11892 2_code_of_conduct.pdf. You'll find the "Principles of Employment" on page 29.

Many policies in this *Handbook*, including in particular the following, are described in more detail in the *Code of Conduct* and/or "Principles of Employment."

### Ethics

We maintain an exceptionally high standard of business ethics. We conduct our business in a proper and legal manner and expect you to do the same. In most instances, the right course of action is apparent, and we expect you to follow it. However, if you ever have even the slightest doubt about what's proper, seek advice from your manager, a Human Resources representative, or your business's legal counsel.

You must avoid situations where personal interests may conflict or appear to conflict with the interests of the Company or its customers even if there's no direct personal gain. If you have questions or ethical concerns about gift giving, customer/supplier relationships, purchasing, or entertainment, see the *Code of Conduct* or your manager.

### Outside activities

You must obtain written consent from the Company before engaging in any other businesses; accepting employment or compensation from any other person; or serving as an officer, director, partner, or employee of another business or organization. If you have any concerns about outside employment, see the *Code of Conduct* or seek advice from your manager, Human Resources representative, or your business's legal counsel.

Confidential and/or proprietary information

You may create, discover, or receive proprietary and/or confidential information during your employment with the Company. You have an obligation to safeguard confidential information, whether generated internally or acquired from other sources, and to use it only in the performance of your employment responsibilities. You should assume that all non-public or unpublished information is confidential.

Examples of confidential information include, but aren't limited to, any system, information, or process that gives us a competitive advantage; information about our operations, business plans, processes, and customer relationships; employee information; information about customers, suppliers, and distributors; and information about our technology systems and products.

If you have any questions, see the *Code of Conduct*, your manager, or your business's legal counsel.

Media inquiries, speeches, and articles

The Company's Public Affairs Office or Communications Department is responsible for dealing directly with the media (which includes any national or local newspapers, magazines, journalists, authors, and radio and television stations). Should representatives from the media contact you, promptly refer all inquiries to the Corporate Public Affairs Office or Communications Department.

Similarly, a speech or written article by any employee that's in any way connected to the Company's business interests must be approved in advance. If you plan to deliver a speech to a group outside the Company, you should contact the Corporate Public Affairs Office for prior approval.

## GETTING YOUR CONCERNS ADDRESSED

The Company recognizes that misunderstandings or conflicts can arise in the course of daily business relationships. Most of these situations are remedied through discussions with your manager. In the event this doesn't resolve the issue, the Company has established a Dispute Resolution Procedure to address these problems with someone other than your immediate manager.

The Dispute Resolution Procedure is a multistep process designed to resolve employment-related concerns. It's arranged in a logical sequence, and you must complete each step before proceeding to the next. At each step, the next level of management and Human Resources reviews your situation. The situation is considered resolved when you accept a decision.

If your dispute still isn't resolved after the last step, and your dispute is based on a legally protected right, the sole and exclusive forum for you to continue to pursue your dispute is external arbitration under our Employment Arbitration Policy.

You'll find the full text of the Dispute Resolution Procedure and Employment Arbitration Policy beginning on page 31.

## HOTLINE

Maintaining ethical standards is the responsibility of every member of the Citigroup family and is critical to our commitment to world-class business standards.

There may be times when you have employment-related, ethical, or other concerns regarding actions taken or decisions made by people in the organization. Refer these to the Citigroup Ethics Hotline at 1-800-559-5842. The hotline is answered 24 hours a day.

Any employee can call the Citigroup Ethics Hotline to report suspected violations of a law, regulation, or company ethical standard. Calls may be made anonymously, and all calls will be handled as confidentially as possible. You're strongly encouraged to raise your concerns.

The Company is committed to promptly investigating and taking appropriate remedial action. *Retaliation against employees for raising these concerns won't be tolerated.*

# PRINCIPLES OF EMPLOYMENT

As you consider our offer to become an employee of Citigroup Inc. or one of its affiliates or subsidiaries (the "Company"), there are certain matters that we want to clarify. You must observe the policies that we publish from time to time for employees.

These include a requirement that you maintain the highest standards of conduct and act within the highest ethical principles. You must not do anything that may be or appear to be a conflict of interest with your responsibilities as an employee. These expectations are included in the Company's *Code of Conduct* and the applicable Dispute Resolution Procedure, Employment Arbitration Policy, and *Handbook*, all of which are available for your review prior to your acceptance of employment if you choose to review them.

You'll be asked to acknowledge receiving copies of the current versions of these with your new-hire paperwork when you begin employment. Remember, it's your responsibility to read and understand these policies and expectations. If you have any questions now or in the future, please ask.

You must never use (except when necessary in your employment with us) nor disclose to anyone not affiliated with the Company any confidential or unpublished information you obtain as a result of your employment with us. This applies both while you're employed with us and after that employment ends. If you leave our employ, you may not retain or take with you any writing or other record that relates to the above.

Your employment with us requires your full attention. Any invention, development, or improvement made by you during the time you're employed by us that pertains to our business belongs to us, and you agree to assign any interest you have in these things to us upon our request.

You agree to follow our dispute resolution/arbitration procedures for employment disputes. While we hope that disputes with our employees will never arise, we want them resolved promptly if they do arise. These procedures include any qualified employment disputes (including termination of employment) that you might have with the Company and its current and former officers, directors, employees, and agents.* These procedures don't preclude us from taking disciplinary action (including termination of your employment) at any time, but if you dispute such action, you and the Company agree that the disagreement will be resolved through this process. Our procedures are divided into two parts.

First, an internal dispute procedure, the "Dispute Resolution Procedure," allows you to seek review of any action regarding your employment or termination of your employment that you think is unfair.

---

*These include without limitation all claims, demands, or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Acts of 1866 and 1991, the Age Discrimination in Employment Act of 1967, the Older Workers Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Act of 1988, and all amendments thereto, and any other federal, state, or local statute, regulation, or common-law doctrine regarding employment discrimination, conditions of employment, or termination of employment.

Second, in the unusual situation when this internal procedure doesn't fully resolve an employment-related dispute and the dispute is based on legally protected rights, you and the Company agree to submit the dispute, within the time provided by the applicable statute(s) of limitations, to binding arbitration with the American Arbitration Association ("AAA"), except that any dispute subject to the jurisdiction of the NASD or the New York Stock Exchange, Inc. ("NYSE") will be submitted to binding arbitration with the NASD or NYSE in accordance with the arbitration rules of that forum then in effect and as supplemented by the applicable Employment Arbitration Policy.

Arbitration is the required and exclusive forum for the resolution of all employment disputes based on legally protected rights (i.e., statutory, contractual, or common-law rights.) A detailed description of these procedures is available in the Human Resources department for your review. Again, it's your responsibility to read and understand the dispute resolution/arbitration procedures. If you have any questions now or in the future, please ask.

Nothing herein constitutes a contract of employment for a definite period of time. The employment relationship is "at will," which affords you or the Company the right to terminate the relationship at any time for any reason or no reason not otherwise prohibited by applicable law. The Company retains the right to decrease an employee's compensation and/or benefits, transfer or demote an employee, or otherwise change the terms or conditions of any employee's employment with the Company.

We believe these matters are important to you as an employee and to us as an employer. Your acceptance of our offer constitutes your acceptance of the aforementioned provisions.

Understood and agreed:


Signature _____   Date_____


Proposed starting date _____

30

# DISPUTE RESOLUTION POLICY AND PROCEDURES

## INTRODUCTION

Citigroup recognizes that misunderstandings or conflicts can arise in the course of daily business relationships. While an employee and manager generally are able to resolve most job-related issues, there are times when an employee may want to have an employment-related action reviewed.

The Dispute Resolution Procedure (DRP), available to U.S. Consumer Group employees, provides an impartial process for employees to request resolution of any employment-related concern. Further, it ensures that those problems and issues are reviewed and handled promptly. The DRP is arranged in a logical sequence, and an employee must complete each level in order before proceeding to the next. The process ends whenever the employee initiating the review accepts a decision. Decisions concerning termination of employment, promotion, and disciplinary action are the typical types of issues raised.

While employees may use the DRP for reporting alleged incidents of workplace discrimination, including sexual harassment, employees may also report any incident directly to a manager or Human Resources representative. An employee isn't required to report a complaint to anyone who's the object of it and may go directly to Human Resources. Claims of discrimination or harassment will be investigated immediately and retaliation against employees for raising claims of discrimination or harassment is expressly prohibited.

Process

Step 1. Employees are encouraged to discuss informally any concerns they have with their immediate manager prior to initiating a formal review. However, if this discussion isn't successful from the employee's point of view, the issue should be submitted in writing on the DRP Request Form to his/her manager with a copy to his/her Human Resources representative. Employees should initiate the DRP process within thirty (30) days of the incident. The manager has twenty (20) working days to investigate the claim and respond to the employee. At the conclusion of the discussion relating to the dispute, it's understood that the employee has raised all of his or her concerns relating to the dispute.

Step 2. If the employee isn't satisfied with the response in Step 1, he/she may submit an appeal on the DRP Request Form to the next-level manager within ten (10) working days of receiving an answer from Step 1 with a copy to the Human Resources manager for the unit. A written response is given to the employee within twenty (20) working days after the discussion.

Step 3. If the employee isn't satisfied with the response in Step 2, he/she may submit an appeal on the DRP Request Form to the next-level manager, or his/her designee for this purpose, within ten (10) working days of receiving an answer from Step 2.

This step is the final-level appeal in the internal DRP. At the conclusion of this step, the employee will receive a written response within twenty (20) working days.

At times it may be impractical to meet within the specified time limits of this procedure. In these circumstances, the head of Human Resources for the group may modify the procedure as necessary. Similarly, there may be times when the U.S. Consumer Group will determine that a manager or Human Resources representative outside of an employee's direct department or business group would be more appropriate to hear any or all steps of a DRP.

If the dispute is still not resolved after Step 3, the employee is entitled to request arbitration in accordance with the U.S. Consumer Group Employment Arbitration Policy if the dispute is based on legally protected rights (i.e., statutory, contractual, or common-law rights). Arbitration is an external process conducted under the auspices of the American Arbitration Association and is generally less formal, less costly, and less time-consuming than litigating a claim in a court of law.

---

[1] *Employees of Primerica Financial Services have their own employment arbitration policy, which will continue to apply to them.*

Under our policy, arbitration is the required and exclusive forum for the resolution of employment disputes based on legally protected rights (i.e., statutory, contractual, or common-law rights). Disputes that aren't covered by the U.S. Consumer Group Employment Arbitration Policy are any claims regarding Workers' Compensation or unemployment compensation benefits.

Important information
The appeal of a termination of employment will automatically begin at Step 2 of the process. Employees should initiate the appeal within thirty (30) days of the termination of employment.

Retaliation against employees for availing themselves of the DRP is expressly prohibited.

No disciplinary action or other management decision will be postponed as a result of the presentation of a dispute by an employee.

Policy changes and any issue arising under any plan subject to ERISA won't be reviewed through the DRP.

The DRP doesn't constitute a waiver by the Company of its rights under the "employment-at-will" doctrine, nor does it afford to employees or former employees any rights or remedies that individuals don't otherwise have under applicable law.

For further information and DRP forms, contact your Human Resources representative.

# EMPLOYMENT ARBITRATION POLICY

## STATEMENT OF INTENT

U.S. Consumer Group values each of its employees and looks forward to good relations with, and among, all of its employees. Occasionally, however, disagreements may arise between an individual employee and U.S. Consumer Group, or between employees in a context that involves U.S. Consumer Group. U.S. Consumer Group believes that the resolution of such disagreements will be best accomplished by internal dispute resolution and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association. For these reasons, U.S. Consumer Group has adopted this Employment Arbitration Policy ("Policy"). Except as provided below, the Policy applies to all persons employed by U.S. Consumer Group as of September 1, 2001, and all employees joining U.S. Consumer Group after that date.[1]

Employment with U.S. Consumer Group is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Company document constitutes an express or implied contract of employment for any definite period of time. This Policy doesn't constitute, nor should it be construed to constitute, a waiver by U.S. Consumer Group of its rights under the "employment-at-will" doctrine; nor does it afford an employee or former employee any rights or remedies not otherwise available under applicable law.

### Scope of policy

The Policy makes arbitration the required and exclusive forum for the resolution of all employment disputes based on legally protected rights (i.e., statutory, contractual, or common-law rights) that may arise between an employee or former employee and U.S. Consumer Group or its current and former parents, subsidiaries, and affiliates and its and their current and former officers, directors, employees, and agents (and that aren't resolved by the Internal Dispute Resolution Procedure) including, without limitation, claims, demands, or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Acts of 1866 and 1991, the Age Discrimination in Employment Act of 1967, the Older Worker Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Notification Act, and all amendments thereto, and any other federal, state, or local statute, regulation, or common-law doctrine regarding employment discrimination, conditions of employment, termination of employment, breach of contract, or defamation.

Except as otherwise required by applicable law, this Policy applies only to claims brought on an individual basis. Consequently, neither the Company nor any employee may submit a class action, collective action, or other representative action for resolution under this Policy.

Claims that an employee or former employee may have regarding Workers' Compensation or unemployment compensation benefits aren't covered by this Policy. Nothing in this Policy shall prevent either party from seeking from any court of competent jurisdiction injunctive relief in aid of arbitration. The Policy doesn't exclude the National Labor Relations Board from jurisdiction over disputes covered by the National Labor Relations Act. Similarly, this Policy doesn't exclude the jurisdiction of the Equal Employment Opportunity Commission ("EEOC") and/or state and local human rights agencies to investigate alleged violations of the laws enforced by the EEOC and/or these agencies.

This Policy doesn't require that U.S. Consumer Group institute arbitration, nor is it required to follow the steps of the Dispute Resolution Procedure, before taking disciplinary action of any kind, including termination of employment. However, if an employee disagrees with any such disciplinary action and believes that such action violated his or her legally protected rights, he or she may institute proceedings in accordance with the Policy. The results of the arbitration process are final and binding on the employee and U.S. Consumer Group.

---

[1] *Employees of Primerica Financial Services have their own employment arbitration policy, which will continue to apply to them.*

Certain employees or former employees are subject to the arbitration requirements of the NASD or the New York Stock Exchange, Inc. ("NYSE"). This Policy applies to any such person only to the extent that (i) U.S. Consumer Group waives its right to compel arbitration of such person's claim(s) to NASD or NYSE arbitration, (ii) such person's claim(s) aren't eligible for submission to NASD or NYSE arbitration, or (iii) the NASD or NYSE declines to accept such person's claim(s) for arbitration.

Arbitration and rules procedures

The following rules and procedures are based on, and largely incorporate, the Employment Dispute Resolution Rules ("Rules") of the American Arbitration Association ("AAA"). U.S. Consumer Group has modified and expanded these rules and procedures in certain respects. In particular, provisions regarding fees and costs have been modified to provide that many of the costs typically shared by the parties will be borne by U.S. Consumer Group. In addition, provisions permitting limited discovery have been added to ensure equal access to relevant information.

1. Initiation of arbitration proceeding

To initiate arbitration you must send a written demand for arbitration to the Senior Human Resources Officer for U.S. Consumer Group. The demand must be received by the Senior Human Resources Officer for U.S. Consumer Group within the time period provided by the statute of limitations applicable to the claim(s) set forth in the demand.

The demand shall set forth a statement of the nature of the dispute, including the alleged act or omission at issue; the names of all persons involved in the dispute; the amount in controversy, if any; and the remedy sought. Within thirty (30) calendar days of receiving such demand, or as soon as possible thereafter, U.S. Consumer Group shall file the demand with the appropriate office of the AAA.

2. Appointment of neutral arbitrator

The AAA shall appoint one neutral arbitrator from its Employment Dispute Resolution Roster unless both parties request that a panel of three (3) arbitrators be appointed. If the parties can't agree upon the number of arbitrators, the AAA shall have the authority to determine the number of arbitrators. In the event a panel of arbitrators is appointed, all decisions of the panel must be by a majority and the use of the word "arbitrator" shall refer to the panel. It's the intent of U.S. Consumer Group that the prospective arbitrators be diverse, experienced, knowledgeable with respect to employment-related claims, neutral, and duly qualified to serve as arbitrators under the AAA's Rules.

The arbitrator shall be appointed in the following manner:

a) Immediately after the filing of the demand, the AAA shall submit to each party an identical list of proposed arbitrators;

b) Each party shall then have ten (10) business days from the mailing date of the list to cross off any two (2) names to which the party objects, number the remaining names in order of preference, and return the list to the AAA;

c) If a party doesn't return the list within the time specified, all persons on the list shall be deemed acceptable to that party; and

d) The AAA shall invite the acceptance of the arbitrators remaining on the list in the order of preference specified by the parties to the extent the order can be reconciled by the AAA.

In the event the parties fail to agree on any of the persons named, or if an acceptable arbitrator is unwilling to act, the AAA shall issue additional lists.

### 3. Qualifications of neutral arbitrator
No person shall serve as a neutral arbitrator in any matter in which that person has any financial or personal interest in the result of the proceeding. Prior to accepting appointment the prospective arbitrator shall disclose any circumstance likely to prevent a prompt hearing or to create a presumption of bias. Upon receipt of such information, the AAA will either replace that person or communicate the information to the parties for comment. Thereafter, the AAA may disqualify that person and its decision shall be conclusive. Vacancies shall be filled in accordance with Section 2 above.

### 4. Vacancies
The AAA is authorized to substitute another arbitrator if a vacancy occurs or if an appointed arbitrator is unable to serve promptly.

### 5. Proceedings
The hearing shall be conducted by the arbitrator in whatever manner will most expeditiously permit full presentation of evidence and arguments of the parties. The arbitrator shall set the date, time, and place of the hearing, notice of which must be given to the parties by the AAA at least thirty (30) calendar days in advance unless the parties agree otherwise. In the event the hearing can't reasonably be completed in one day, the arbitrator will schedule the hearing to be continued on a mutually convenient date.

### 6. Representation
Any party may be represented by an attorney or other representative (excluding any Company supervisory employee) or by him or herself. For an employee or former employee without representation, the AAA will, upon request, provide reference to institutions that might offer assistance.

### 7. Confidentiality of and attendance at hearing
The arbitrator shall maintain the confidentiality of the hearings unless the law provides to the contrary. The arbitrator shall have the authority to exclude witnesses, other than a party, from the hearing during the testimony of any other witness. The arbitrator shall also have the authority to decide whether any person who isn't a witness may attend the hearing.

### 8. Postponement
The arbitrator for good cause shown may postpone any hearing upon the request of a party or upon the arbitrator's own initiative and shall also grant such postponement when all of the parties agree thereto.

### 9. Oaths
Before proceeding with the first hearing, each arbitrator may take an oath of office and, if required by law, shall do so. The arbitrator may require witness to testify under oath administered by any duly qualified person and, if it's required by law or requested by any party, shall do so.

### 10. Stenographic record
There shall be no stenographic record of these proceedings unless either party requests it. In the event a party requests a stenographic record, that party shall bear the cost of such a record. If both parties request a stenographic record, the cost shall be borne equally by the parties.

### 11. Arbitration in the absence of a party
Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice, fails to be present or fails to obtain a postponement. An award shall not be made solely on the default of a party. The arbitrator shall require the party who's present to submit such evidence as the arbitrator may require for the making of the award.

### 12. Discovery
Each party shall be entitled to propound and serve upon the other party one set of interrogatories (limited to the identification of potential witnesses) and one set of requests for the production of documents in a form consistent with the Federal Rules of Civil Procedure. Upon the request of a party, the arbitrator may order further discovery consistent with the Rules of the AAA and the expedited nature of arbitration.

### 13. Prehearing motions
The arbitrator shall be authorized to consider and rule upon prehearing motions, including dispositive motions. Any ruling regarding such motion shall be made consistent with Section 20 of this policy.

### 14. Evidence
The arbitrator shall be the judge of the relevance and materiality of the evidence offered, and conformity to legal rules of evidence shall not be necessary.

### 15. Evidence by affidavit and filing of documents
The arbitrator may receive and consider the evidence of witnesses by affidavit but shall give it only such weight as the arbitrator deems it entitled to after consideration of any objection made to its admission. All documents to be considered by the arbitrator shall be filed at the hearing.

### 16. Closing of hearing
The arbitrator shall ask whether the parties have any further proof to offer or witnesses to be heard. Upon receiving negative replies, or if satisfied that the record is complete, the arbitrator shall declare the hearing closed and the minutes thereof shall be recorded.

### 17. Reopening of hearing
The hearing may be reopened on the arbitrator's initiative, or upon application of a party for cause shown, at any time before the award is made. The arbitrator may reopen the hearing and shall have fourteen (14) days from the closing of the reopened hearing within which to make an award.

### 18. Waiver of procedures
Any party who proceeds with the arbitration after knowledge that any provision or requirement of these procedures hasn't been complied with, and who fails to state objections thereto in writing, shall be deemed to have waived the right to object.

### 19. Time of award
The award shall be made promptly by the arbitrator unless otherwise agreed by the parties or specified by law. The arbitrator shall be instructed to make the award within thirty (30) days of the close of the hearing or as soon as possible thereafter.

### 20. Award
(a) Form. The award shall be in writing and shall be signed by the arbitrator. If either party requests, such award shall set forth in summary form the reasons for the award. All awards shall be executed in the manner required by law. The award shall be final and binding upon the employee and U.S. Consumer Group, and judicial review shall be limited as provided by law.

(b) Scope of relief. The arbitrator shall be governed by applicable federal, state, and/or local law. Furthermore, the arbitrator shall be bound by applicable Company policies and procedures and shall not have the authority to alter or otherwise modify the parties at-will relationship or substitute his or her judgment for the lawful business judgment of Company management. The arbitrator may award relief only on an individual basis. The arbitrator shall have the authority to award compensatory damages and injunctive relief to the extent permitted by applicable law. The arbitrator shall not have the authority to award punitive or exemplary damages or attorneys' fees except where expressly provided by applicable statute (e.g., punitive damages under the Civil Rights Act of 1991). The arbitrator shall not have the authority to make any award that's arbitrary and capricious or to award to U.S. Consumer Group the costs of the arbitration that it's otherwise required to bear under this policy.

### 21. Delivery of award to parties
The parties shall accept as legal delivery of the award the placing of the award or a true copy thereof in the mail addressed to a party or its representative at the last known address via certified mail, return receipt, personal service of the award or the filing of the award in any manner that's permitted by law.

### 22. Enforcement
The award of the arbitrator may be enforced under the terms of the Federal Arbitration Act (Title 9 U.S.C.) and/or under the law of any state to the maximum extent possible. If a court determines that the award isn't completely enforceable, it shall be enforced and binding on both parties to the maximum extent permitted by law. If any part of this Policy is held to be void or unenforceable, the remainder of the Policy will be enforceable and any part may be severed from the remainder as appropriate.

### 23. Judicial proceedings and exclusion of liability
(a) Neither the AAA nor any arbitrator in a proceeding under this Policy is a necessary party in judicial proceedings relating to the arbitration.

(b) Parties to these procedures shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof.

### 24. Expenses and fees
Unless otherwise precluded by applicable law, expenses and fees shall be allocated as follows:

a) Filing fees. U.S. Consumer Group shall pay any filing fee required by the AAA.

b) Hearing fees and arbitrator fees. U.S. Consumer Group shall pay the hearing fee and arbitrator fee for the hearing.

c) Postponement/cancellation fees. Postponement and cancellation fees shall be payable, at the discretion of the arbitrator, by the party causing the postponement or cancellation.

d) Other expenses. The expenses of witnesses shall be paid by the party requiring the presence of such witnesses. All other ordinary and reasonable expenses of the arbitration including hearing room expenses, travel expenses of the arbitrator, AAA representatives, and any witness produced at the arbitrator's direction, shall be paid completely by U.S. Consumer Group.

e) Legal fees and expenses. Each side shall pay its own legal fees and expenses subject to Paragraph 20(b) above.

The allocation of expenses as provided for in items (a) through (d) may not be disturbed by the arbitrator except where the arbitrator determines that a party's claims were frivolous or were asserted in bad faith.

### 25. Serving of notice
Any notices or process necessary or proper for the initiation or continuation of an arbitration under these procedures; for any court action in connection therewith; or for the entry of judgment on an award made under these procedures may be served on a party by mail addressed to the party or its representative at the last known address or by personal service, in or outside the state where the arbitration is to be held, provided that reasonable opportunity to be heard with regard thereto has been granted to the party. The AAA and the parties may also use facsimile transmission, telex, telegram, or other written forms of electronic communication to give the notices required by these procedures, provided that such notice is confirmed by the telephone or subsequent mailing to all affected parties.

### 26. Time period for arbitration
Any proceeding under this Policy must be brought within the time period provided for within the statute(s) of limitations applicable to the claims asserted by the claimant.

**27. Amendment or termination of arbitration policy**

U.S. Consumer Group reserves the right to revise, amend, modify, or discontinue the Policy at any time in its sole discretion. Such amendments may be made by publishing them in the *Handbook* or by separate release to employees and shall be effective 30 calendar days after such amendments are provided to employees. Your continuation of employment after receiving such amendments shall be deemed acceptance of the amended terms.

**28. Interpretation and application of procedure**

The arbitrator shall interpret and apply these procedures insofar as they relate to the arbitrator's powers and duties. All other procedures shall be interpreted and applied by the AAA.