**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KRISTI N. BAGEANT-EPPERSON,

                Plaintiff,

vs.                                   Case No.  3:13-cv-969-J-34JRK

CITIGROUP, INC.,

                Defendant.

_____/

## O R D E R

    **THIS MATTER** comes before the Court <u>sua</u> <u>sponte</u>.  On October 2, 2013, the undersigned's chambers was advised via a voicemail message from counsel for both parties that a settlement has been reached in this matter.  Accordingly, it is hereby

    **ORDERED:**

    1.     The parties shall have until **December 9, 2013**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

    2.     If the parties have not filed settlement pleadings or a request for additional time by the **December 8, 2013**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3.      The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of October, 2013.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record