UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTI N. BAGEANT-EPPERSON

*Plaintiff,*

vs.                                    Case No. 3:13-cv-969-J-34-JRK

CITIGROUP, INC.,
a foreign profit corporation,

*Defendant.*

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the undersigned parties hereby stipulate to the dismissal of this action, with prejudice, each party to bear its own costs and attorneys' fees.

| LILES, GAVIN & GEORGE, P.A. | BEDELL, DITTMAR, DeVAULT, PILLANS & COXE, P.A. |
|---|---|
| *[signature]* | *[signature]* |
| Rutledge R. Liles | John A. DeVault, III |
| Florida Bar No. 102805 | Florida Bar No. 0103979 |
| Email: rliles@lilesgavin.com | Email: jad@bedellfirm.com |
| R. Kyle Gavin | Courtney Grimm |
| Florida Bar No. 747076 | Florida Bar No. 0953740 |
| Email: kgavin@lilesgavin.com | Email: cgrimm@bedellfirm.com |
| John A. Carlisle | Michael E. Lockamy |
| Florida Bar No. 0626716 | Florida Bar No. 69626 |
| Email: jcarlisle@lilesgavin.com | Email: mel@bedellfirm.com |
| 225 Water Street, Suite 1500 | 101 E Adams Street |
| Jacksonville, FL 32202 | Jacksonville, FL 32202 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| *Trial Counsel* | *Trial Counsel* |