**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KRISTI N. BAGEANT-EPPERSON,

        Plaintiff,

vs.                                Case No. 3:13-cv-969-J-34JRK

CITIGROUP, INC.,

        Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Stipulation for Dismissal With Prejudice (Dkt. No. 23; Stipulation) filed on November 14, 2013. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

    1. This case is **DISMISSED with prejudice**.

    2. Each party shall bear its own attorney's fees and costs.

    3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of November, 2013.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record